# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1793

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Ferdinand McGuire, | * | [PUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 21, 2008
Filed: May 8, 2008

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ferdinand McGuire appeals from the district court's[1] order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines Manual (USSG), which reduced the base offense levels in USSG § 2D1.1(c) based on the quantity of cocaine base (crack).

McGuire pleaded guilty to possessing with intent to distribute cocaine base, acknowledging that he was accountable for a quantity of 5.19 grams of that substance,

---

[1]The Honorable Henry Edward Autrey, United States District Judge for the Eastern District of Missouri.

which subjected him to a minimum mandatory sentence of 60 months' imprisonment. See 21 U.S.C. § 841(b)(1)(B); USSG § 5G1.1(c)(2). Accordingly, McGuire is not entitled to a reduction under the retroactive amendment. See USSG § 1B1.10(b)(2)(A); id., cmt. n.1(a)(ii); United States v. Peters, No. 08-1672, slip op. (8th Cir. Apr. 29, 2008).

The judgment is summarily affirmed. See 8th Cir. R. 47A(a).

_____